UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |  |
|---|---|---|
| THE NEW YORK TIMES COMPANY, NICHOLAS CONFESSORE, and GABRIEL DANCE, | X : : : | |
| Plaintiffs, | : : | **RULE 7.1 STATEMENT** |
| - against - | : : | |
| FEDERAL COMMUNICATIONS COMMISSION, | : : | |
| Defendant. | : : | |

_____ X

STATEMENT PURSUANT TO FRCP RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The New York Times Company, a publicly traded company, certifies that it has no parent company and that one publicly held corporation, Grupo Financiero Inbursa, S.A.B. de C.V., owns approximately 10 percent of its stock through affiliated entities.

Dated: New York, NY
September 20, 2018

                                                Respectfully submitted,

                                                /s/ David E. McCraw
                                                David E. McCraw, Esq.
                                                Legal Department
                                                The New York Times Company
                                                620 Eighth Avenue
                                                New York, NY 10018
                                                Phone: (212) 556-4031
                                                Fax: (212) 556-1009
                                                Email: mccrad@nytimes.com
                                                *Counsel for Plaintiffs*