AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The New York Times Company, et al.  )  <br>*Plaintiff*  ) <br>v.  ) <br>Federal Communications Commission  ) <br>*Defendant*  ) | Case No. 18 Civ. 8607 (LGS) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Federal Communications Commission.

Date: 10/05/2018

/s/ Tomoko Onozawa
*Attorney's signature*

Tomoko Onozawa
*Printed name and bar number*

U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

*Address*

tomoko.onozawa@usdoj.gov
*E-mail address*

(212) 637-2721
*Telephone number*

(212) 637-2717
*FAX number*