

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 11, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/12/2018
```

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

      Re:    <u>The New York Times Co. v. Federal Communications Commission</u>,
             18 Civ. 8607 (LGS)

Dear Judge Schofield:

      This Office represents defendant Federal Communications Commission ("FCC") in the above-referenced Freedom of Information Act case brought by plaintiffs The New York Times Company, Nicholas Confessore, and Gabriel Dance ("Plaintiffs"). I respectfully write to request an extension of the FCC's deadline for filing its answer to Plaintiffs' complaint, from October 31, 2018, to **November 9, 2018**. This is the FCC's first request for an extension of its time to respond to the complaint. Plaintiffs' counsel consents to this request.

      The extension of time is needed because the undersigned attorney will be out of the office on previously-scheduled leave from October 18, 2018, to November 2, 2018. The FCC's request to extend its answer deadline does affect any other deadlines currently set by the Court's order dated October 2, 2018 [Dkt. No. 6], including the parties' obligation to submit a joint letter to the Court on November 8, 2018, and the initial conference scheduled for November 15, 2018, at 10:30 a.m.

      We thank the Court for its consideration of this request.

Application GRANTED. Defendant shall file its Answer by November 2, 2018.

Dated: October 12, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    */s/ Tomoko Onozawa*
    TOMOKO ONOZAWA
    Assistant United States Attorney
    Tel: (212) 637-2721
    Fax: (212) 637-2686
    Email: tomoko.onozawa@usdoj.gov

cc:  David McCraw, Esq. (via ECF)
     *Counsel for Plaintiffs*