

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

86 Chambers Street
New York, New York 10007

December 13, 2018

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

      Re:    <u>The New York Times Co. v. Federal Communications Commission</u>,
            18 Civ. 8607 (LGS)

Dear Judge Schofield:

      This Office represents defendant Federal Communications Commission ("FCC") in the above-referenced Freedom of Information Act case brought by plaintiffs The New York Times Company, Nicholas Confessore, and Gabriel Dance ("Plaintiffs").  I respectfully write to request an extension of the briefing schedule for the parties' cross-motions for summary judgment, set forth in the Court's endorsed order dated November 9, 2018 [Dkt. No. 12], including an initial deadline of December 17, 2018.  The extension of time is needed due to the press of business of the undersigned, which includes two other briefing deadlines this week and next, as well as the unavailability of key FCC personnel with knowledge of Plaintiffs' FOIA request due to the upcoming holidays.  This is the FCC's first request for an extension of the briefing schedule in this case.  Plaintiffs' counsel consents to this request.  The parties propose that the briefing schedule be amended as follows:

- FCC's motion for summary judgment:  <u>January 4, 2019</u>
- Plaintiffs' opposition and cross-motion for summary judgment:  <u>February 5, 2019</u>
- FCC's opposition to Plaintiffs' cross-motion and its reply in further support of its summary judgment motion: <u>March 5, 2019</u>
- Plaintiffs' reply in further support of their Cross-Motion:  <u>March 12, 2019</u>

      We thank the Court for its consideration of this request.

                                                       Respectfully submitted,

                                                       GEOFFREY S. BERMAN
                                                       United States Attorney

                           By:    <u> /s/ Tomoko Onozawa         </u>
                                   TOMOKO ONOZAWA
                                   Assistant United States Attorney
                                   Tel: (212) 637-2721
                                   Fax:  (212) 637-2686

cc:  All Counsel of Record (via ECF)