```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THE NEW YORK TIMES,                                         :
                                                            :
                                  Plaintiff,                :     18 Civ. 8607 (LGS)
                                                            :
                 -against-                                  :     ORDER
                                                            :
                                                            :
FEDERAL COMMUNICATIONS                                      :
COMMISSION,                                                 :
                                                            :
                                                            :
                                  Defendant.                :
                                                            X
------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case was stayed on December 27, 2019 (Dkt. 16).  It is hereby

**ORDERED** that the stay is lifted.  It is further

**ORDERED** that by March 4, 2019, the Government shall file its motion for summary judgment.  By April 1, 2019, Plaintiff shall file its opposition and cross-motion for summary judgment.  By April 22, 2019, the Government shall file its reply and opposition to Plaintiff's cross-motion for summary judgment.  By May 2, 2019, Plaintiff shall file its reply in support of its cross-motion for summary judgment.

Dated: January 28, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**