# EXHIBIT A

**Request Details**                                    **Status :** *Closed ; Appealed*   **Due Date :** *07/21/2017*
**Request Type :** *FOIA*                                                                              🕐 **20**



Submitted   Evaluation   Assignment   Processing   Closed

## Request Details

| | |
|---|---|
| Tracking Number : FCC-2017-000764 | Submitted Date : 06/22/2017 |
| 📄 Requester : Nicholas Confessore | Perfected Date : 06/22/2017 |
| Organization : The New York Times | Last Assigned Date : 06/22/2017 |
| Requester Has Account : No | Fee Limit : $1,000.00 |
| Email Address : nconfess@nytimes.com | Request Track : Complex |
| Phone Number : 917-456-2446 | Due Date : 07/21/2017 |
| Fax Number : N/A | Assigned To : Tony Summerlin (Office of Managing Director) |
| Address : c/o The New York Times 620 8th Avenue, 3rd Floor | Last Assigned By : Benish Shah (Federal Communications Commission) |
| City : New York | |
| State/Province : NY | |
| Zip Code/Postal Code : 10010 | ✏️ |

| Submission Details | Case File | Admin Cost | Assigned Tasks | Comments (1) | Review |
|---|---|---|---|---|---|

## Request Handling

| | |
|---|---|
| Requester Info Available to the Public : `No ▾` | Request Perfected : Yes |
| Request Track : `Complex ▾` | Perfected Date : 06/22/2017 |
| Fee Category : `Media/Educational ▾` | Acknowledgement Sent Date: `[        ]` 📅 |
| Fee Waiver Requested: Yes | Unusual Circumstances ? : No |
| Fee Waiver Status: Not Billable | Litigation : `No ▾` |
| Expedited Processing Requested : No | |
| Expedited Processing Status : N/A | |

## Request Description

Short Description :

```
Web server logs for comments submitted for FCC docket No. 17-108
```

On behalf of the New York Times, and under provisions of the Freedom of Information Act, I am requesting the falling records: Please provide the web server logs for comments submitted for Federal Communications Commission docket No. 17-108 between 4/26/17 and 6/7/2017. I would like the logs for requests submitted via both to https://www.fcc.gov/ecfs/filings/ and any submissions through the FCC's API (application programming interface). For each comment, please include the following information: 1) Server logs for both GET and POST requests 2) The date/time stamp of each request 3) The full query including query strings 4) The IP address of the client making the request 5) The browser USERAGENT 6) The following headers when available: Accept, Accept-Encoding, Accept-Language, Connection, Host, DNT, Upgrade-Insecure-Requests, Via, X-Forwarded-For. Please contact me if there are technical obstacles to providing this information or if I can provide technical guidance and assistance in fulfilling this request. We would prefer electronic delivery of this information. Also please note that the FCC's comments guidelines specify that individuals submitting comments do so with the knowledge that any personal information they provide as part of a comment may be shared with others, incuding private individuals filing under the FOIA. Per FCC's Web site: "Any comments that you submit to the FCC on a proposed rulemaking, petition, or other document for which public comment is requested will be made public, including any personally identifiable information you include in your submission. We may share non-personally identifiable information with others, including the public, in aggregated form, in partial or edited form, or verbatim." sincerely, Nick Confessore

| Description Available to the Public : `No ▾` | Has Description Been Modified? ☑ | 1747/2000 |
|---|---|---|

On behalf of the New York Times, and under provisions of the Freedom of Information Act, I am requesting the falling records: Please provide the web server logs for comments submitted for Federal Communications Commission docket No. 17-108 between 4/26/17 and 6/7/2017. I would like the logs for requests submitted via both to https://www.fcc.gov/ecfs/filings/ and any submissions through the FCC's API (application programming interface). For each comment, please include the following information: 1) Server logs for both GET and POST requests 2) The date/time stamp of each request 3) The full query including query strings 4) The IP address of the client making the

## Additional Information

Key Words or Phrases : ^FCC docket No. 17-108

## Attached Supporting Files

No supporting files have been added.