# EXHIBIT B



Federal Communications Commission
Washington, D.C. 20554

July 21, 2017

Nicholas Confessore
nconfess@nytimes.com

Re: FOIA Control No. FCC-2017-000764

Nicholas Confessore:

This letter responds to your Freedom of Information Act (FOIA) request for web server logs for comments submitted for Federal Communications Commission's (FCC) Docket 17-108 between April 26, 2017 and June 6, 2017. Your request has been assigned FOIA Control No. FCC-2017-000764.

The Office of the Managing Director's, Information Technology Center, was assigned this request. Upon researching and requesting information from its staff, it was determined the information you requested includes personably identifiable information and therefore cannot be released in response to your request. FOIA exemption (b) (6) exemption permits the government to withhold all information about individuals in "personnel and medical files and similar files" when the disclosure of such information "would constitute a clearly unwarranted invasion of personal privacy."

We are required by both the Freedom of Information Act and the Commission 's own rules to charge requesters certain fees associated with the costs of searching for, reviewing and duplicating the sought after information . Pursuant to section 0.466(a) (5)-(7) of the Commission's rules, you have been classified as category (2), "educational requesters, non-commercial scientific organizations, or representatives of the news media." As an "educational requester, non-commercial scientific organization, or representative of the news media," the Commission assesses charges to recover the cost of reproducing the records requested, excluding the cost of reproducing the first 100 pages. The production in response to your request did not involve more than 100 pages of duplication.  Therefore, you will not be charged any fees.

If you consider this to be a denial of your FOIA request, you may seek review by filing an application for review with the Office of General Counsel.  An application for review must be *received* by the Commission within 90 calendar days of the date of this letter.[1] You may file an application for review by mailing the application to Federal Communications Commission, Office of General Counsel, 445 12th St SW, Washington, DC 20554, or you may file your application for review electronically by e-mailing it to FOIA-Appeal@fcc.gov.  Please caption the envelope (or subject line, if via e-mail) and the application itself as "Review of Freedom of Information Action."

---

[1] 47 C.F.R. §§ 0.461(j), 1.115; 47 C.F.R. § 1.7 (documents are considered filed with the Commission upon their receipt at the location designated by the Commission).

If you would like to discuss this response before filing an application for review to attempt to resolve your dispute without going through the appeals process, you may contact the Commission's FOIA Public Liaison for assistance at:

    FOIA Public Liaison
    Federal Communications Commission, Office of the Managing Director,
    Performance Evaluation and Records Management
    445 12th St SW, Washington, DC 20554
    202-418-0440
    FOIA-Public-Liaison@fcc.gov

If you are unable to resolve your FOIA dispute through the Commission's FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

    Office of Government Information Services
    National Archives and Records Administration
    8601 Adelphi Road–OGIS
    College Park, MD 20740-6001
    202-741-5770
    877-684-6448
    ogis@nara.gov
    ogis.archives.gov

Sincerely,

MARIE CALVOSA
Digitally signed by MARIE CALVOSA
Date: 2017.07.21 15:43:35 -04'00'

Christine Calvosa
FCC Deputy CIO

Enclosures
cc: FCC FOIA Office