# EXHIBIT D

| | |
|---|---|
| **From:** | Koningisor, Christina <christina.koningisor@nytimes.com> |
| **Sent:** | Friday, September 22, 2017 6:01 PM |
| **To:** | Ryan Yates; Elizabeth Lyle |
| **Subject:** | New York Times FOIA Appeal |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Ryan and Elizabeth,

I'm a lawyer for the New York Times who has recently taken over for Ian MacDougall. I'm writing with regards to Nick Confessore's FOIA appeal (FCC-2017-000764). I wanted to follow up on your earlier conversation with Nick and Ian about narrowing the request to allay some of your security concerns. Nick has proposed the following modification to the request:

1) Eliminate all of the following headers: Accept, Accept-Encoding, Accept-Language, Connection, Host, DNT, Upgrade-Insecure-Requests, Via.

2) Keep the following information: The X-Forwarded-For header, date/time stamp of each request, the full query including query strings, the IP address of the client making the request, and the browser USERAGENT.

Please let me know if these narrowed search parameters satisfy your security concerns. And thank you for sending those citations to Ian.
He has sent your email along to me, and I look forward to reviewing the case law you've cited.

Best,

Christina

--
Christina M. Koningisor
First Amendment Fellow
The New York Times Company
Legal Department
620 8th Ave.  18th floor
New York, NY  10018
ph: 212 556 1985
email: Christina.koningisor@nytimes.com
cell: