UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————X
                                                        :
THE NEW YORK TIMES COMPANY,                             :
NICHOLAS CONFESSORE, and                                :
GABRIEL DANCE,                                          :
                                                        :
            Plaintiffs,                                 :        18 Civ. 8607 (LGS)
                                                        :
            - against -                                 :        NOTICE OF APPEARANCE
                                                        :
FEDERAL COMMUNICATIONS                                  :
COMMISSION,                                             :
                                                        :
            Defendant.                                  :
——————————————————————X

        PLEASE TAKE NOTICE that John D. Clopper of Clopper Law PC hereby appears as

counsel of record in this action for plaintiffs The New York Times Company, Nicholas

Confessore, and Gabriel Dance.

Dated:  New York, NY
        April 10, 2019

                                        Respectfully submitted,

                                         /s/ John Clopper
                                        John D. Clopper, Esq.
                                        CLOPPER LAW PC
                                        43 West 43rd St., Suite 95
                                        New York, NY 10036
                                        Telephone: (347) 752-7757
                                        jclopper@clopperlaw.com