UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X
                                                         :
THE NEW YORK TIMES COMPANY, NICHOLAS     :
CONFESSORE, and GABRIEL DANCE,           :
                                                         :
                Plaintiffs,             :
                                                         :   18 Civ. 8607 (LGS)
      - against -                             :
                                                         :
FEDERAL COMMUNICATIONS COMMISSION,       :
                                                         :
                Defendant.              :
_____ X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that Al-Amyn Sumar, undersigned counsel at the New York Times Company, hereby enters his appearance as counsel in this civil action on behalf of Plaintiffs The New York Times Company, Nicholas Confessore, and Gabriel Dance. Any and all further correspondence regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated:  New York, NY
        April 10, 2019                   Respectfully submitted,

                                        /s/ Al-Amyn Sumar_____

                                        Al-Amyn Sumar, Esq.
                                        The New York Times Company
                                        Legal Department
                                        620 Eighth Avenue
                                        New York, NY 10018
                                        Phone: (212) 556-2638
                                        Facsimile: (212) 556-4634
                                        Email: al-amyn.sumar@nytimes.com

                                        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2019, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

*/s/ Al-Amyn Sumar*