UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――― X
                                                                      :
THE NEW YORK TIMES COMPANY, NICHOLAS       :
CONFESSORE, and GABRIEL DANCE,                         :
                                                                      :
                              Plaintiffs,                        :
                                                                      :    18 Civ. 8607 (LGS)
              - against -                                         :
                                                                      :
FEDERAL COMMUNICATIONS COMMISSION,       :
                                                                      :
                              Defendant.                       :
―――――――――――――――――――――――――――――― X

## PLAINTIFFS' NOTICE OF CROSS-MOTION
## FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior papers and proceedings in this action, Plaintiffs The New York Times Company, Nicholas Confessore, and Gabriel Dance ("The Times") move the Court for an order denying the motion for summary judgment of Defendant Federal Communications Commission ("FCC") and granting The Times's cross-motion for summary judgment by directing the FCC to make public within 20 days, pursuant to 5 U.S.C. § 552, the API proxy server log entries for comments filed in the net neutrality proceeding. The Times further respectfully requests that the Court award The Times the costs of these proceedings, including reasonable attorney's fees, as expressly permitted by 5 U.S.C. § 552(a)(4)(E), and grant such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that the FCC will file its reply and opposition to The Times's cross-motion by May 2, 2019. The Times will file its reply by May 22, 2019.

Dated: New York, NY
April 10, 2019

                                                    Respectfully submitted,

                                                       /s/ David E. McCraw

David E. McCraw, Esq.
Al-Amyn Sumar, Esq.
The New York Times Company
Legal Department
620 Eighth Avenue, 18th Floor
New York, NY 10018
Phone: (212) 556-4031
Fax: (212) 556-4634
mccraw@nytimes.com

John D. Clopper, Esq.
Clopper Law PC
43 West 43rd Street, Suite 95
New York, NY 10036
Phone: (347) 752-7757
jclopper@clopperlaw.com

*Attorneys for Plaintiffs*

To:

Tomoko Onozawa
Assistant U.S. Attorney
U.S. Attorney's Office for the
Southern District of New York
86 Chambers Street
New York, NY 10007

*Attorney for Defendant*

(via ECF)