UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

THE NEW YORK TIMES COMPANY,  :
NICHOLAS CONFESSORE, and GABRIEL DANCE,
                                     :

         Plaintiffs,

                                     :      Case No. 18-cv-8607

     - against -
                                     :

FEDERAL COMMUNICATIONS COMMISSION,
                                     :

         Defendant.

---------------------------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that Alexandra Perloff-Giles, undersigned counsel at The New York Times Company, hereby enters her appearance as counsel in this civil action on behalf of Plaintiffs The New York Times Company, Nicholas Confessore, and Gabriel Dance.  Any and all further correspondence regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated: New York, NY
       November 8, 2019

                                                     Respectfully submitted,

                                                   /s/ Alexandra Perloff-Giles
                                                   Alexandra Perloff-Giles, Esq.
                                                   The New York Times Company
                                                   Legal Department
                                                   620 Eighth Avenue
                                                    New York, NY 10018
                                                   Phone: (212) 556-7783
                                                   Email: aperloffgiles@nytimes.com

                                                   *Attorney for Plaintiffs*