**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE NEW YORK TIMES COMPANY, et al.,

                Plaintiff,                18 **CIVIL** 8607 (LGS)

      -against-                **JUDGMENT**

THE FEDERAL COMMUNICATIONS
COMMISSION,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2020, Plaintiffs' motion for summary judgment is GRANTED, and Defendant's motion for summary judgment is DENIED. Plaintiffs' motion for reasonable attorneys' fees is DENIED without prejudice to renew.

**Dated:** New York, New York
       April 30, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                      **BY:**
                                                _____
                                                **Deputy Clerk**