

David McCraw
Senior Vice President &
Deputy General Counsel

T 212 556 4031

mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

May 6, 2020

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED.

Plaintiffs' motion for fees is due 30 days after either the time for any appeal has lapsed or there is a final determination by the Second Circuit Court of Appeals.

Dated: May 7, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *New York Times v. FCC,* 18-cv-08607 (LGS)

Dear Judge Schofield:

With the consent of Defendant, I write on behalf of Plaintiffs to respectfully request an extension of time for Plaintiffs' renewed application for attorneys' fees in the above-referenced Freedom of Information Act ("FOIA") case. By an Order dated April 30, 2020 (Docket No. 34), the Court granted Plaintiffs' motion for summary judgment and denied Plaintiffs' motion for attorneys' fees without prejudice to renew.

Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i), a motion for fees must be filed no later than 14 days after the entry of judgment. Plaintiffs respectfully request that a renewed motion for fees be due 30 days after either the time for any appeal has lapsed or there is a final determination by the Second Circuit Court of Appeals.

We thank the Court for its consideration.

Respectfully submitted,

  /s/

David E. McCraw

cc:  Tomoko Onozawa, AUSA