UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,
NICHOLAS CONFESSORE, and GABRIEL
DANCE,

        Plaintiffs,

v.

FEDERAL COMMUNICATIONS COMMISSION,

        Defendant.

18 Civ. 8607 (LGS)

**NOTICE OF APPEAL**

      Notice is hereby given that the Federal Communications Commission, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on May 1, 2020.

Dated:    New York, New York
             June 26, 2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
Attorney for Defendant

By:    */s/ Tomoko Onozawa*
       TOMOKO ONOZAWA
       Assistant United States Attorney
       86 Chambers Street
       New York, New York 10007
       Telephone: (212) 637-2721
       Fax: (212) 637-2686
       E-mail: tomoko.onozawa@usdoj.gov

TO:    Clerk of Court
       United States Court of Appeals for the Second Circuit
       United States Courthouse
       40 Foley Square
       New York, New York  10007

       David McCraw, Esq.
       Al-Amyn Shiraz Sumar, Esq.
       Alexandra Perloff-Giles, Esq.
       The New York Times Company
       620 Eighth Avenue
       New York, New York 10018

       John Clopper, Esq.
       Bond, Schoenick & King
       110 W. Fayette Street
       Syracuse, New York 13202