

**The New York Times Company**

David McCraw
Senior Vice President &
Deputy General Counsel

T 212 556 4031

mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

October 5, 2020

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *The New York Times Company, et al. v. Federal Communications Commission*, 18-cv-8607 (LGS)

Dear Judge Schofield:

I am counsel for Plaintiffs The New York Times Company, Nicholas Confessore, and Gabriel Dance (collectively, "The Times") in the above-referenced action and write on behalf of both Plaintiffs and Defendant. As the Court knows, Defendant Federal Communications Commission ("FCC") has withdrawn its appeal of this Court's April 30, 2020, judgment. The parties now seek a briefing schedule for The Times's anticipated motion for fees under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Through this action, The Times has sought the release of records related to the 2017 notice-and-comment process for the FCC's proposal to repeal rules mandating "net neutrality." (*See* Dkt. 1.) On April 30, 2020, this Court granted The Times's motion for summary judgment and found the records not exempt from disclosure under FOIA. (Dkt. 33.) The Court's opinion did not address the merits of The Times's motion for attorneys' fees under 5 U.S.C. § 552(a)(4)(E); because the parties had "not briefed the issue," the Court denied the motion "without prejudice to renew the request." (*Id.* at 16.)

On May 7, 2020, the Court granted The Times's request for an extension of time to file a renewed motion for attorneys' fees and costs. (Dkt. 36.) The Court's order made the motion due "30 days after either the time for any appeal has lapsed or there is a final determination by the Second Circuit of Appeals." (Dkt. 36.) The Second Circuit issued its final determination on September 28, 2020, when it so-ordered the parties' stipulation withdrawing the appeal.

The parties hope that they will be able to negotiate a resolution of the fees issue without motion practice. However, in the event that motion practice becomes necessary, the parties jointly propose the following schedule: The Times's motion will be filed on or before November 25, 2020. The FCC will respond on or before December 23, 2020, with The Times's reply due on January 6, 2021.

We thank the Court for its attention to this matter.

Respectfully submitted,


_____/s/_____
David E. McCraw


cc:   Tomoko Onozawa, AUSA
      (via ECF)

By **November 6, 2020**, the parties shall submit a joint status letter informing the Court whether a resolution of the fees issue has been reached.  If a resolution has not been reached, the parties' joint proposed motion schedule is adopted.  Plaintiff shall file its motion by **November 25, 2020**.  Defendant shall file is response by **December 23, 2020**.  Plaintiff shall file its reply by **January 6, 2021**.

SO ORDERED.

Dated: October 6, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE