

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 4, 2020

<u>**VIA ECF**</u>
Honorable Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

   Re: <u>The New York Times Co. v. Federal Communications Commission</u>,
     18 Civ. 8607 (LGS)

Dear Judge Schofield:

  This Office represents defendant Federal Communications Commission ("FCC") in the above-referenced Freedom of Information Act case brought by plaintiffs The New York Times Company, Nicholas Confessore, and Gabriel Dance ("Plaintiffs"). I respectfully write to request an extension of the deadlines for filing a joint status letter regarding the potential resolution of Plaintiffs' request for attorneys' fees, and for briefing Plaintiffs' motion for fees if the parties are unable to resolve the issue, as so-ordered by this Court on October 6, 2020 [Dkt. No. 40]. Because FCC received Plaintiffs' fee demand and supporting documentation on October 21, 2020, the extended deadlines are requested to give those with authority within FCC more time to review and authorize any potential settlement. This is the FCC's first request for an extension of the joint status letter and briefing deadlines for Plaintiffs' motion for fees. Plaintiffs' counsel consents to this request. Should the Court grant this request, the parties propose that the current deadlines be extended as follows:

- Joint status letter regarding potential settlement of attorneys' fees: <u>November 20, 2020</u>
- Plaintiffs' motion for fees: <u>December 9, 2020</u>
- FCC's opposition to Plaintiffs' fee motion: <u>January 6, 2021</u>
- Plaintiffs' reply in further support of their motion for fees: <u>January 20, 2021</u>

  We thank the Court for its consideration of this request.

The application is GRANTED. The parties' above proposed schedule is adopted as an Order of the Court. The deadlines listed in the Order at Dkt. No. 40 are hereby vacated.

SO ORDERED.

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dated: November 5, 2020
   New York, New York

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: */s/ Tomoko Onozawa*
   TOMOKO ONOZAWA
   Assistant United States Attorney
   Tel: (212) 637-2721
   Fax: (212) 637-2686

cc: All Counsel of Record (via ECF)