

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 18, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

    Re:    <u>The New York Times Co. v. Federal Communications Commission</u>,
             18 Civ. 8607 (LGS)

Dear Judge Schofield:

    This Office represents defendant Federal Communications Commission in the above-referenced Freedom of Information Act case brought by plaintiffs The New York Times Company, Nicholas Confessore, and Gabriel Dance ("Plaintiffs").  In accordance with the Court's endorsed order dated November 5, 2020 [Dkt. No. 42], I write on behalf of the parties to inform the Court that the parties have reached an agreement in principle regarding Plaintiffs' request for attorneys' fees, and anticipate submitting a proposed stipulation and order for the Court's endorsement and docketing as soon as reasonably practicable.

    We thank the Court for its consideration of this letter.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney

                        By:    <u>/s/ Tomoko Onozawa</u>
                                        TOMOKO ONOZAWA
                                        Assistant United States Attorney
                                        Tel: (212) 637-2721
                                        Fax:  (212) 637-2686

cc:  All Counsel of Record (via ECF)