

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 18, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

      Re:    The New York Times Co. v. Federal Communications Commission,
                18 Civ. 8607 (LGS)

Dear Judge Schofield:

      This Office represents defendant Federal Communications Commission in the above-referenced Freedom of Information Act case brought by plaintiffs The New York Times Company, Nicholas Confessore, and Gabriel Dance ("Plaintiffs").  In accordance with the Court's endorsed order dated November 5, 2020 [Dkt. No. 42], I write on behalf of the parties to inform the Court that the parties have reached an agreement in principle regarding Plaintiffs' request for attorneys' fees, and anticipate submitting a proposed stipulation and order for the Court's endorsement and docketing as soon as reasonably practicable.

      We thank the Court for its consideration of this letter.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:    */s/ Tomoko Onozawa*
       TOMOKO ONOZAWA
       Assistant United States Attorney
       Tel: (212) 637-2721
       Fax: (212) 637-2686

---

The briefing schedule set at Dkt. No. 42 is hereby vacated as moot.  By **December 21, 2020**, the parties shall submit a proposed stipulation and order or a status letter regarding the finalization of settlement.

SO ORDERED.

Dated: November 19, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**